January 26, 2017

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JUAN CARLOS MENDEZ,

               Petitioner,

   v.

RAYMOND MADDEN,

               Respondent.

Case No. CV 16-03637 JVS (AFM)

**JUDGMENT**

     Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 26, 2017

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE