1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JUAN CARLOS MENDEZ, | Case No. CV 16-03637 JVS (AFM) |
| 12                    Petitioner, | **JUDGMENT** |
| 13       v. | |
| 14  RAYMOND MADDEN, | |
| 15                    Respondent. | |
| 16 | |

17

18      Pursuant to the Order Accepting Findings and Recommendations of the

19  United States Magistrate Judge,

20      IT IS ORDERED AND ADJUDGED that the Petition is denied and the

21  action is dismissed with prejudice.

22

23  DATED:  March 21, 2017

24

25  _____

26                    JAMES V. SELNA
                 UNITED STATES DISTRICT JUDGE

27

28